UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| DOMINIC JOSEPH DECANTIS, | : |
|   Debtor | : CASE NO. 5:22-bk-01826-MJC |

| | |
|---|---|
| DOMINIC JOSEPH DECANTIS, | : |
|   Appellant | : |
| | : |
| vs. | : |
| | : |
| JACK N. ZAHAROPOULOS, | : |
| STANDING CHAPTER 13 | : |
| TRUSTEE | : |
|   Appellee | : |
| | : CASE NO. 3:25-cv-01927-KM |

ENTRY OF APPEARANCE

TO:   The Clerk of Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Jack N. Zaharopoulos, Standing Chapter 13 Trustee.

Respectfully submitted,

By:   /s/ Agatha R. McHale, Esquire
Attorney for Trustee
Office of the Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097
amchale@pamd13trustee.com

CERTIFICATE OF SERVICE

      AND NOW, this 28th day of October 2025, I hereby certify that I have served the within Entry of Appearance by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

**<u>*VIA ELECTRONIC MAIL SERVICE ONLY:*</u>**
Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

United States Trustee
1501 North 6th Street
Box 302
Harrisburg, PA 17102

                                /s/    Elizabeth R. Fitzgerald
                                Office of Jack N. Zaharopoulos
                                Standing Chapter 13 Trustee