**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                     CHAPTER 13
Dominic DeCantis
                                           CASE NO.

                                           _X_  ORIGINAL PLAN
                                           ____ AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)
                                           _3_  Number of Motions to Avoid Liens
                                           _0_  Number of Motions to Value Collateral

**<u>CHAPTER 13 PLAN</u>**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | [X] Included | [ ] Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | [ ] Included | [X] Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | [X] Included | [ ] Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.    PLAN FUNDING AND LENGTH OF PLAN.**

    **A.    <u>Plan Payments From Future Income</u>**

        1.    To date, the Debtor paid _____$0.00_____ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is __$15,266.16__ , plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 10/2022 | 09/2025 | $424.06 | $0.00 | $424.06 | $15,266.16 |
| | | | | Total Payments: | $15,266.16 |

        2.    If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: __X__ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is ___$1,981.92___ . (Liquidation value is calculated as the value of all non- exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

__X__ No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** Check one.

__X__ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

__X__ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

C. **Arrears, including, but not limited to, claims secured by Debtor's principal residence**. *Check one.*

____ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

__X__ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code.

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Portnoff Law Associates for Scranton (2011-2017) | 830 N. Main Ave., Scranton, PA 18504 (Refuse Fees) | 8,761.81 | 0 | 8,761.81 |

D. **Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

__X__ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

__X__ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F. **Surrender of Collateral.** *Check one.*

  X   None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

  __   None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

  X   The Debtor moves to avoid the following judicial and/or nonpossessory, nonpurchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| Name of Lien Holder | Midland Funding, LLC | LVNV Funding, LLC | Arrow Financial Services LLC |
|---|---|---|---|
| Lien Description For judicial lien, include court and docket number. | Lackawanna County Court of Common Pleas Docket No. 16-cv-5067 | Lackawanna County Court of Common Pleas Docket No. 10-cv-06317 | Lackawanna County Court of Common Pleas Docket No. 09-cv-04917 |
| Description of the liened property. | 830 N. Main Avenue, Scranton, PA 18504 | 830 N. Main Avenue, Scranton, PA 18504 | 830 N. Main Ave., Scranton, PA 18504 |
| Liened Asset Value | $184,000.00 | $184,000.00 | $184,000.00 |
| Sum of Senior Liens | $52,519.26 | $52,519.26 | $52,519.26 |
| Exemption Claimed | $131,480.74 | $131,481.00 | $131,481.00 |
| Amount of Lien | $20,451.57 | $1,873.55 | $1,719.83 |
| Amount Avoided | $20,451.57 | $1,873.55 | $1,719.83 |

3. **PRIORITY CLAIMS.**

    A. **Administrative Claims**

        1. <u>Trustee's Fees.</u> Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

        2. <u>Attorney's fees.</u> Complete only one of the following options:

           a. In addition to the retainer of _____ already paid by the Debtor, the amount of _____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

           b. $ __415.00__ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

        3. <u>Other.</u> Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
*Check one of the following two lines.*

           X   None. If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.

    B. **Priority Claims (including certain Domestic Support Obligations)**

    Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

     X     None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4. UNSECURED CLAIMS**

A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

     X     None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

     ___     None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

     X     The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| Xfinity | Internet | | | | | Assume |

**6. VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

___plan confirmation.
___entry of discharge.
___closing of case.

**7. DISCHARGE: (Check one)**

( x ) The debtor will seek a discharge pursuant to § 1328(a).

(   ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: Pre-Confirmation Distributions listed in ¶ 2.A
Level 2: Debtor's Attorney's Fees in ¶ 3.A.(2)
Level 3: Domestic Support Obligations
Level 4: Amounts listed in ¶ 2.E, pro rata
Level 5: Amounts listed in ¶ 2.C, pro rata. If a claim is filed the allowed amount of the arrearage shall be paid.

Level 6: <u>Amounts listed in ¶ 2.D, pro rata</u>
Level 7: <u>Amounts listed in ¶ 4.A, pro rata</u>
Level 8: <u>Priority amounts of non-Level 3 allowed claims listed in ¶ 3.B, pro rata</u>
Level 9: <u>General unsecured claims</u>

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

9.    **NONSTANDARD PLAN PROVISIONS**

   **Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

   Dated: <u>September 22, 2022</u>

   _____
   Attorney for Debtor

   _____
   Debtor

   _____
   Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

9. **OTHER PLAN PROVISIONS**

A.  **Vesting of Property.** Property of the estate vests in the debtor on confirmation, except for: (i) assets listed in Part 1 of Schedule A/B, which vest when the case closes and (ii) any asset that Debtor acquires post-confirmation and discloses on Schedule A/B, which vests upon discharge.

B.  **Proofs of Claim and Effect of Confirmation.** 11 U.S.C. § 502(a) controls when a claim is allowed. Mere confirmation of the plan shall not constitute a finding that any claim is allowed, and Debtor reserves the right to object to proofs of claim, even after confirmation. Confirmation of the plan shall not bar the Debtor from seeking a determination of the extent, validity, or priority of any lien or of the dischargeability of any debt.

C.  **Treatment of *Statutory Claims.*** *Statutory Claims* are those claims that are listed in paragraph 2.C and which are either secured by a statutory lien on real property or could be secured by a statutory lien on real property if not timely paid. Payments received by a creditor or its agent directly from the Debtors (rather than from the trustee) during this bankruptcy case shall not be applied to any *Statutory Claim*. Instead, any such payment shall be applied solely to claims not being paid by the trustee. Upon completion of this bankruptcy plan, all *Statutory Claims* shall be considered paid in full, as though no default had ever occurred. Without limiting the applicability of the foregoing, this provision is intended to include interest, late fees, attorneys' fees, penalties, and costs. The figure under the heading "Estimated Pre-petition Arrears to be Cured" is merely an estimate of the claim as of the date that this case was filed and if such figure is different than the amount listed in the allowed proof of claim, then the amount set forth on the allowed proof of claim shall control. The amounts required to be paid by the Trustee shall be the amounts stated on the creditor's or its agent's allowed proof of claim plus monthly interest on any pre-petition principal to be calculated by the trustee at the annual interest rate stated on the creditor's proof of claim, but not to exceed 10%. No interest shall be paid on pre-petition interest, attorney's fees, or court costs. The Debtor may file the claim in the name of the entity that was the creditor on the date the petition was filed, or in the name of any subsequent assignee, transferee, or agent.

§ 9 – p. 1

# Signature Certificate

Reference number: CQIYB-JIG49-DMZFD-RUYKJ

| Signer | Timestamp | Signature |
|--------|-----------|-----------|

**Carlo Sabatini**
Email: carlo@bankruptcypa.com

| | | |
|--|--|--|
| Sent: | 22 Sep 2022 23:46:21 UTC | |
| Viewed: | 22 Sep 2022 23:57:48 UTC | |
| Signed: | 22 Sep 2022 23:58:06 UTC | |

**Recipient Verification:**
✔Email verified          22 Sep 2022 23:57:48 UTC

IP address: 174.54.241.253
Location: Dalton, United States

**Dominic DeCantis**
Email: sdecantis@gmail.com

| | | |
|--|--|--|
| Sent: | 22 Sep 2022 23:46:21 UTC | |
| Viewed: | 22 Sep 2022 23:58:21 UTC | |
| Signed: | 23 Sep 2022 00:00:18 UTC | |

**Recipient Verification:**
✔Email verified          22 Sep 2022 23:58:21 UTC

IP address: 73.64.6.180
Location: Scranton, United States

Document completed by all parties on:
23 Sep 2022 00:00:18 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 30,000+ companies worldwide.

