IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In Re:<br>Dominic Joseph DeCantis aka Dominic DeCantis aka Dominic J DeCantis<br>        Debtor(s)<br>U.S. Bank N.A., as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2<br>        Movant<br>v.<br>Dominic Joseph DeCantis aka Dominic DeCantis aka Dominic J DeCantis<br>        Respondent(s) | Chapter: 13<br><br>Case No: 5:22-bk-01826-MJC |

**OBJECTION OF U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE J.P. MORGAN MORTGAGE ACQUISITION CORP. 2006-FRE2 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-FRE2 TO CONFIRMATION OF CHAPTER 13 PLAN WITH RESPECT TO THE REAL PROPERTY LOCATED AT 828 -830 N MAIN AVE, SCRANTON, PA 18504**

U.S. Bank N.A., as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 (hereinafter, "Creditor"), through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan filed by Debtor Dominic Joseph DeCantis (hereinafter, "Debtor"). In support thereof, Creditor respectfully represents as follows:

1. On November 22, 2005, Dominic Decantis signed a note in the principal sum of $93,100.00 evidencing a loan from JPMorgan Chase Bank, N.A. in the same amount, secured by the real property located at 828 -830 N Main Ave, Scranton, PA 18504 (hereinafter, the "Property"), as evidenced by a mortgage executed by Dominic Decantis in favor of Mortgage Electronic Registration Systems, Inc., solely as nominee for JP Morgan Chase Bank, NA.

2. By assignment of mortgage, the mortgage was ultimately assigned to Creditor.

3. Debtor filed the Chapter 13 Bankruptcy Petition on September 22, 2022 and as a result, any State Court proceedings were stayed.

4. Creditor objects to the Chapter 13 Plan (hereinafter, the "Plan") for the following reasons:

    a.   The Plan is infeasible in that the Plan:

        i.    is underfunded and does not provide sufficient funds to pay the claims

        ii.   does not provide for sufficient funds to Creditor in order to cure the pre-petition arrears due to Creditor in the amount of $1,736.77 (which is the approximate amount subject to the actual amount stated in the final filed Proof of Claim).

  b. The Plan does not adequately provide for post-petition payments in the amount of $1,093.29.

5. By proposing to pay Creditor as proposed, the Plan violates the standards of 11 USC sections 1325(a)(5)(B)(i) and (ii) because it pays Creditor less than the allowed amount of such claim.

6. This Objection is made in accordance with the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Creditor, U.S. Bank N.A., as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan and dismiss the Chapter 13 Bankruptcy Petition together with such other relief this Court deems necessary and appropriate.

        Respectfully submitted,

        STERN & EISENBERG, PC

          *By: /s/ Daniel P. Jones*
          Daniel P. Jones, Esquire
          Stern & Eisenberg, PC
          1581 Main Street, Suite 200
          The Shops at Valley Square
          Warrington, PA 18976
          djones@sterneisenberg.com
          Phone: (215) 572-8111
          Fax: (215) 572-5025
          Bar Number: 321876
Date: September 29, 2022      Counsel for Movant

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION**

| | |
|---|---|
| In Re:<br>Dominic Joseph DeCantis aka Dominic DeCantis aka Dominic J DeCantis<br>　　　　　Debtor(s)<br>U.S. Bank N.A., as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2<br>　　　　　Movant<br>v.<br>Dominic Joseph DeCantis aka Dominic DeCantis aka Dominic J DeCantis<br>　　　　　Respondent(s) | Chapter: 13<br><br>Case No: 5:22-bk-01826-MJC |

**ORDER**

AND NOW, this _____ day of _____, 20____ upon the Objection of U.S. Bank N.A., as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 and after the opportunity for hearing and considering of all evidence, arguments and briefs of Counsel, it is ORDERED and DECREED that confirmation of the Chapter 13 Plan is DENIED.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In Re:<br>Dominic Joseph DeCantis aka Dominic DeCantis aka Dominic J DeCantis<br>        Debtor(s)<br>U.S. Bank N.A., as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2<br>        Movant<br>v.<br>Dominic Joseph DeCantis aka Dominic DeCantis aka Dominic J DeCantis<br>        Respondent(s) | Chapter: 13<br><br>Case No: 5:22-bk-01826-MJC |

**CERTIFICATE OF SERVICE OF OBJECTION TO PLAN**

    I, the undersigned, hereby certify that a true and correct copy of the within Objection to Chapter 13 Plan together with proposed Order and this Certificate, was sent to the below-listed recipients via first class mail and/or ECF on the date set forth below.

Carlo Sabatini
216 N. Blakely Street
Dunmore, PA 18512
usbkct@bankruptcypa.com
**Counsel for Debtor**

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
**Bankruptcy Trustee**

Asst. U.S. Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Dominic Joseph DeCantis aka Dominic DeCantis
aka Dominic J DeCantis
830 N Main Ave
Scranton, PA 18504-1517
**Debtor(s)**

          Respectfully submitted,
          STERN & EISENBERG, PC

            *By: /s/ Daniel P. Jones*
            Daniel P. Jones, Esquire
            Stern & Eisenberg, PC
            djones@sterneisenberg.com
            Bar Number: 321876

Date: September 29, 2022            Counsel for Movant