Rev. May 1, 2022

## LOCAL BANKRUPTCY FORM 2016-2(b)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**  Dominic Joseph DeCantis

CHAPTER 13

**Debtor(s)** | **CASE NO.** 5:22-bk-01826-MJC

### APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

*(Name of applicant)* Carlo Sabatini applies for approval of compensation as Chapter 13 Debtor(s)' counsel and for reimbursement of expenses pursuant to 11 U.S.C. § 330 as follows:

1.  Applicant is counsel for Debtor(s)

2.  Debtor(s) filed a petition for bankruptcy relief on 9/22/2022 *(date)*.

3.  Applicant previously filed a Disclosure of Compensation of Attorney for Debtor(s) pursuant to Fed. R. Bankr. P. 2016(b), which is attached as Exhibit "A" to this Application.

4.  This Application is interim *(state whether an interim or final application)*.

5.  *(Check all applicable items)*
    - [✓] a.  Debtor(s)' Chapter 13 Plan was confirmed on 1/06/2023 *(date)*.
    - [ ] b.  The order approving the last post-confirmation modification on Debtor(s)' confirmed Chapter 13 plan was entered on _____ *(date)*.
    - [ ] c.  Debtor(s) have not confirmed a Plan.

6.  The dates and amounts of previous compensation paid are:
    a.  as a retainer $500.00 on 6/13/2022 *(list dates and amounts)*;

    b.  paid by the Chapter 13 Trustee through a confirmed Plan *(list dates and amounts)*;

    c.  other Debtor paid $313.00 on 6/13/2022 as advanced cost for filing fee.
        *(describe source, amount and date paid)*.

7.  Compensation previously approved by the Court following the filing of an interim Application are: *(dates and amounts)*
    N/A

Rev. May 1, 2022

8.  If Applicant has not agreed with Debtor(s) to accept the Presumptively Reasonable Fee ("PRF"), or is filing a supplemental fee application, Applicant requests compensation in the amount of $ 11,869.25*          and reimbursement of expenses in the amount of $ 449.85          for the period of 6/13/2022          to 12/01/2023     .  A chronological listing of services performed and itemization of expenses for which reimbursement is requested for this time is attached as Exhibit "B" to this Application.

9.  Legal services were performed by all professionals at the hourly rates set forth at the beginning of the chronological listing of services provided on Exhibit "B."

10.  *(Check one)*

☑ Debtor(s) have reviewed this Application prior to its filing and have approved the requested amounts.

☐ Debtor(s) have reviewed this Application prior to its filing and have not approved the requested amounts.

☐ Debtor(s) have not reviewed this Application prior to its filing.

☐ Debtor(s) have not approved the requested amounts.

11.  Objections are pending to the following prior fee applications: (*list date application was filed and name of objector, if no objections pending state "none"*).

WHEREFORE, your Applicant respectfully requests this Honorable Court to approve the requested compensation in the amount of $ 11,869.25          and reimbursement of expenses in the amount of $ 449.85          pursuant to 11 U.S.C. § 330, and if this is a Final Fee Application, to determine that all prior interim orders are final.

Dated: April 29, 2024

s/Carlo Sabatini
_____
Applicant's Signature

\* To the extent that the trustee does not have sufficient funds to pay the amount requested, then Applicant waives the remaining fees. Applicant estimates that the total amount actually received from the trustee's office will be less than $7,068.77.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania, Wilkes-Barre Division

In re    **DeCantis, Dominic Joseph**

Debtor(s)

Case No. _____

Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ __FLAT FEE__

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | _____ |
| Prior to the filing of this statement I have received | $ | _____ |
| Balance Due | $ | _____ |

■ __RETAINER__

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | **500.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ | **415.00** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Debtor and Sarah DeCantis**

3.    The source of compensation to be paid to me is:

☐ Debtor    ■ Other (specify):    **Debtor and Sarah DeCantis**

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
    **The above stated fee is a minimum fee. All work is performed at hourly rates. The current hourly rates are $415-$310/hour for attorneys and $150/hour for paralegals. Rates may be changed at any time with written notice to client and generally are increased at the beginning of each calendar year.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Document Ref: ZPC4B-SHGYV-BVCPR-E2HXF

In re  **DeCantis, Dominic Joseph**                                          Case No. _____
_____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**September 22, 2022**
_____
*Date*

                                        *Carlo Sabatini*

                                        **Carlo Sabatini**
                                        *Signature of Attorney*
                                        **Sabatini Freeman, LLC**

                                        **216 N Blakely St**
                                        **Dunmore, PA 18512-1904**
                                        **(570) 341-9000**
                                        **carlo@bankruptcypa.com**
                                        _____
                                        *Name of law firm*

Document Ref: ZPC4B-SHGYV-BVCPR-E2HXF                                        Page 41 of 55

CHAPTER 13 BANKRUPTCY FEE AGREEMENT

1. SERVICES RETAINED FOR: Dominic DeCantis ("Client")

Client hires Sabatini Freeman, LLC ("Law Firm") to provide bankruptcy legal services and to represent Client with respect to all debts allegedly owed by Client. Law Firm will not provide any other non-bankruptcy services to Client. The fees in this agreement are in addition to any fees charged under any earlier agreement between Client and Law Firm. For example, if Law Firm has represented Client with respect to collection communications, then the fees to be charged under this new agreement are in addition to any other fees already charged.

While providing bankruptcy legal services, Law Firm might identify various claims that Client holds and will list those claims on the bankruptcy schedules; however, Law Firm will not represent Client with respect to these claims without a separate written agreement. One example is claims arising from unlawful collection communications.

This Agreement presumes that Client has provided Law Firm with accurate information about Client's financial situation and that Client's financial situation does not change before the bankruptcy case is filed. If Client's financial situation changes (including property ownership interests, income or expenses) then Client may no longer qualify for a Chapter 13, or the below minimum fees may increase.

**Client's bankruptcy case will not be filed until Client has done all of the following: (1) received credit counseling, (2) signed the bankruptcy petition, (3) paid the court-filing fee, (4) paid the up-front minimum attorney fee and (5) paid any additional attorney's fees incurred in excess of the minimum fee as of the date of filing. Until the bankruptcy case is filed, creditors may continue action against Client, such as property sales or repossessions. If before the bankruptcy case is filed Client fails to make any payment on time, this file may be closed.**

2. COSTS. Client must pay the bankruptcy court's filing fee that is in effect at the time that the case is filed. As of December 1, 2021, the court-filing fee for a Chapter 13 is $313. Client must also pay any expenses incurred by Law Firm including but not limited to other filing fees, transcripts, depositions, postage, photocopies, and bank fees incurred from returned checks. All of these costs are paid to Law Firm. Client must also pay for credit counseling and debtor education. Credit counseling and debtor education fees are <u>not</u> paid to Law Firm and total about $30.00.

3. ATTORNEY FEES. All time spent on this matter will be billed at the firm's regular hourly rates. The hourly rates are presently $415 - $350/hour for attorneys and $150/hour for paralegals. Rates may be changed at any time with written notice to Client, and are generally increased at the beginning of each calendar year. Travel time is charged at the full hourly rates.

Law Firm will not begin preparing your bankruptcy case for filing until the entire Pre-Filing Payment to Law Firm has been paid (see page 3 of this agreement). The time spent preparing the case for filing can be substantial. It is possible that the Pre-Filing Payment to Law Firm will not be sufficient to cover all time spent preparing the case for filing. If that occurs, then Law Firm may require client to pay all unpaid attorney's fees before Law Firm files the bankruptcy case.

After the bankruptcy case is filed, Client will not pay Law Firm any more attorney's fees directly.

1

Document Ref: ZPC4B-SHGYV-BVCPR-E2HXF

Instead, those fees will be paid indirectly using money that Client's Chapter 13 Plan requires Client to pay to the Chapter 13 Trustee. Client understands that the Chapter 13 Plan that Law Firm will propose to the Bankruptcy Court might not seek approval of the lowest payment that could possibly be approved. Instead, the amount that the Plan requires Client to pay to the trustee may be more than the minimum amount required by the bankruptcy laws. These additional funds will be available to pay attorney's fees to Law Firm. If some of these funds are not used to pay attorney's fees, they will likely be paid to your other creditors. Additionally, even after the plan has been approved, the payment that you make to the Chapter 13 Trustee may be increased if necessary to cover additional fees.

4. NON-BASIC SERVICES PERFORMED ON A CONTINGENCY BASIS:  For cases alleging violations of the automatic stay, discharge injunction, or seeking recovery of preferences or turnover: Law Firm shall receive 33 and 1/3% of the gross recovery, if such amount is greater than the amount Law Firm would earn on an hourly basis. Otherwise, Law Firm shall be paid at hourly rates.

5. ATTORNEY'S LIEN FOR FEES. Law Firm shall have a lien for all accrued compensation and costs on any funds that Client has deposited with Law Firm or that are held by a third person (such as a trustee).

6. DIVORCE OR SEPARATION:  Client agrees to notify Law Firm immediately of any separation or divorce or other dispute between spouses. Such a dispute may create a conflict of interest that would cause Law Firm to seek to terminate this agreement.

7. CONVERSION FROM CHAPTER 13 TO CHAPTER 7: $1,000 plus court fee.

8. CASE DISMISSAL: If the bankruptcy case is dismissed, Law Firm shall have the right to recover all funds in the possession of the Chapter 13 trustee that would otherwise be refunded to Client, up to the total fees and costs then due for the bankruptcy case. Client will then pay directly to Law Firm any remaining amounts still owing for attorney's fees.

9. TERMINATION:  Client may terminate this agreement at any time. Law Firm may also terminate the agreement at any time, except that if Law Firm wishes to terminate the agreement after the bankruptcy case is filed, then Law Firm must first obtain permission from the bankruptcy court. If the agreement is terminated before a bankruptcy is filed or before a bankruptcy discharge is entered, Law Firm will be entitled to paid at the hourly rates for time spent. Six months after we close your file, we may destroy it without further notice to you, unless you make arrangements with us before that date to take your file.

10. AUTHORIZATIONS:  Client authorizes Law Firm to (a) disclose Client's Social Security Number to third parties for the purpose of obtaining investigative searches on Client, which searches may disclose information governed by the Gramm-Leach-Bliley Act, (b) reject settlement offers received from unsecured creditors without advising Client of the offer, (c) dispose of mail addressed to Client (e.g. catalogs, applications for new credit cards, etc.) without forwarding that mail to Client, and (d) communicate with Client by text message to Client's cell phone.

11. GUARANTORS: If Law Firm provides services to only one of the persons signing below, then Client authorizes Law Firm to communicate with both signers. Each signer agrees to be fully liable for all fees that become due under this agreement (even if services are provided to only one person).

12. DISCLOSURES: Before the case is filed, Client will have to complete an electronic questionnaire and a paper questionnaire. Client will also have to provide Law Firm with certain documents. Client agrees to

2

Document Ref: ZPC4B-SHGYV-BVCPR-E2HXF

complete the questionnaires within two weeks of when Client receives them, and to also provide all requested documents at the same time. Client also acknowledges that Client may have to disclose the bankruptcy case to Client's ex-spouse or separated spouse.

13. PAYMENT: The Pre-filing Payment to Law Firm is calculated as follows:

Court filing fee of $313.00, plus Minimum Attorney Fee of $500.00 for a total of $813.00.

Guarantor made this payment on June 13, 2022 by using Law Firm's online portal at https://secure.lawpay.com/pages/sabatinilaw/trust and by entering at that portal the account information for a payment by eCheck. There is a $10.00 fee for each check returned for insufficient funds.

_____
Dominic DeCantis ("Client")

_____
Sarah DeCantis ("Guarantor")

3

# Signature Certificate

Reference number: MYGGF-ZKXRC-GJU88-3X9KX

| Signer | Timestamp | Signature |
|---|---|---|

**Sarah Decantis**
Email: sdecantis@yahoo.com

| | |
|---|---|
| Sent: | 14 Jun 2022 19:01:52 UTC |
| Viewed: | 14 Jun 2022 20:23:02 UTC |
| Signed: | 14 Jun 2022 20:23:57 UTC |

**Recipient Verification:**

✔Email verified       14 Jun 2022 20:23:02 UTC

IP address: 73.64.6.180
Location: Scranton, United States

**Dominic Decantis**
Email: sdecantis@gmail.com

| | |
|---|---|
| Sent: | 14 Jun 2022 19:01:52 UTC |
| Viewed: | 14 Jun 2022 20:25:56 UTC |
| Signed: | 14 Jun 2022 20:26:54 UTC |

**Recipient Verification:**

✔Email verified       14 Jun 2022 20:25:56 UTC

IP address: 73.64.6.180
Location: Scranton, United States

Document completed by all parties on:
14 Jun 2022 20:26:54 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 30,000+ companies worldwide.



Exhibit B

Sabatini Law Firm, LLC
216 N. Blakely St., Dunmore, PA 18512
Statement as of 3/27/2024

**Dominic Decantis**
830 N Main Ave.
Scranton, PA 18504

## Rate Summary

| Professional | Gross | | Discount | | Net |
|---|---|---|---|---|---|
| Carlo Sabatini | 18.5 hours at $415.00/hour. | $7,677.50 | 1.3 hours | -518.75 | 7,158.75 |
| Ashley Werner | 17.8 hours at $150.00/hour. | $2,670.00 | 3.2 hours | -475.00 | 2,195.00 |
| Tiffany Bator | 20.9 hours at $135.00/hour. | $2,821.50 | 2.3 hours | -306.00 | 2,515.50 |
| | | | | | 11,869.25 |

## Itemized Listing of Services

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 06/13/2022 | Meet with clients for consultation. | CS | 415 | 0.80 | 332.00 | -166.00 |
| 06/13/2022 | Meeting with client concerning budget and the numbers looking like they won't work for a bankruptcy case. | CS | 415 | 0.80 | 332.00 | 0.00 |
| 06/13/2022 | Third meeting with client regarding amended budget numbers. Discuss at length living within those numbers. Discuss bills that bankruptcy won't discharge. Discuss filing timeline. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 06/13/2022 | Receive and review email from client attaching budget. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 06/17/2022 | Call from client. She had questions concerning taxes. She said that she believes the tax information she gave us is incorrect. Provided correct tax information. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 06/18/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | TLB | 135 | 0.30 | 40.50 | -25.50 |
| 06/18/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | TLB | 135 | 1.40 | 189.00 | -119.00 |
| 06/19/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | TLB | 135 | 1.80 | 243.00 | -153.00 |
| 06/19/2022 | Prepare petition and schedules. | TLB | 135 | 1.90 | 256.50 | 0.00 |
| 06/20/2022 | Call from client. Answer questions concerning life insurance policy, social security document, garbage bill, listing assets in bankruptcy case. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 06/20/2022 | Call from client regarding life insurance policy. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/20/2022 | Continue preparing schedules. | TLB | 135 | 0.70 | 94.50 | 0.00 |
| 06/21/2022 | Do background check. Review file concerning filing timeline and issues with filing now. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 06/21/2022 | Work with I, J, MT, and Plan. | ASW | 150 | 1.20 | 180.00 | 0.00 |
| 06/21/2022 | Continue preparing schedules. | TLB | 135 | 1.10 | 148.50 | 0.00 |
| 06/22/2022 | Continue preparing schedules. | TLB | 135 | 0.40 | 54.00 | 0.00 |
| 06/22/2022 | Work with I, J, and MT. Prepare plan. | CS | 415 | 1.70 | 705.50 | 0.00 |
| 06/23/2022 | Continue preparing schedules. | TLB | 135 | 0.40 | 54.00 | 0.00 |

## Comparable Entry

| Case | Date | Description | Rate | Time | Amount |
|---|---|---|---|---|---|
| Roberson | 09/27/2022 | Meet with client for initial bankruptcy evaluation | A | | 290.50 |
| Roberson | | Meeting with client regarding budget/Zoom with client for a second budget analysis | A | 1.50 | 622.50 |
| Roberson | | Meeting with client regarding budget/Zoom with client for a second budget analysis | A | 1.50 | 622.50 |
| Roberson | 11/13/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | P | 0.20 | 27.00 |
| Roberson | 11/13/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | P | 0.20 | 27.00 |
| Roberson | 11/13/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | P | 0.20 | 27.00 |

| | | | | | P/A | | |
|---|---|---|---|---|---|---|---|
| Roberson | 11/13/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | | | P | 0.20 | 27.00 |
| R.B. Dwyer | 07/25/2023 | Review email and attachment from D. Verdugno re: RH Courtright collection activity | | | A | 0.10 | 38.50 |

| Date | Description | Initials | Rate | Hours | Amount | Adj |
|---|---|---|---|---|---|---|
| 06/24/2022 | Call from client regarding UGI bill | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 06/24/2022 | Adjust I and MT, and special provisions attachment in plan. | ASW | 150 | 0.50 | 75.00 | 0.00 |
| 06/24/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | TLB | 135 | 0.10 | 13.50 | -8.50 |
| 06/25/2022 | Continue preparing schedules. | TLB | 135 | 1.20 | 162.00 | 0.00 |
| 06/26/2022 | Continue preparing schedules. | TLB | 135 | 1.80 | 243.00 | 0.00 |
| 06/26/2022 | Continue preparing schedules. | TLB | 135 | 1.50 | 202.50 | 0.00 |
| 06/29/2022 | Meet with paralegal to go over schedules, work on plan calculations, and address issues that she had flagged for me. | CS | 415 | 0.60 | 249.00 | 0.00 |
| 06/29/2022 | Continue preparing schedules. | TLB | 135 | 1.70 | 229.50 | 0.00 |
| 06/30/2022 | Continue preparing schedules. | TLB | 135 | 1.80 | 243.00 | 0.00 |
| 07/01/2022 | Continue preparing schedules. | ASW | 150 | 2.70 | 405.00 | 0.00 |
| 07/01/2022 | Draft post-filing instructions for client, draft plan attachment and complete my review of petition and schedules. | CS | 415 | 1.70 | 705.50 | 0.00 |
| 07/01/2022 | Continue preparing schedules. | TLB | 135 | 0.30 | 40.50 | 0.00 |
| 07/01/2022 | Call to client to ask for information regarding taxes, wage garnishment, and life insurance. | TLB | 135 | 0.40 | 54.00 | 0.00 |
| 07/01/2022 | Receive, review, and respond to email from Leininger with Portnoff Law garbage fee balances. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/02/2022 | Generate, review, and revise schedules. | TLB | 135 | 0.40 | 54.00 | 0.00 |
| 07/03/2022 | Zoom meeting with client. Discussed the difficulty they would have in making a payment large enough to cure the garbage fees arrears. They are going to re-consider and we will meet again. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/05/2022 | Email to Schuman regarding deposition continuance. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/05/2022 | Receive, review, and respond to email from Hannum regarding rescheduling deposition and allowing 30- day extension to respond. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/05/2022 | Receive, review, and respond to email from Leininger with breakdown of garbage debts. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/11/2022 | Receive and review email from client with collection letter. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/12/2022 | Prep objection in Midland v. Dominic Decantis. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 07/12/2022 | Review message from client. Call to client. No answer, leave message regarding plan payment. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/12/2022 | Return call from client concerning Sarah's new employment and what that means for the bankruptcy. Client asked about letter he received. Discuss the same. Discuss garbage bill and timeline for filing. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 07/12/2022 | Receive and review email from Dugan attaching breakdown of delinquencies and interest. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/12/2022 | Email to Dugan regarding delinquencies and interest accrued. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/18/2022 | Prep letter to clerk with objection. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 07/20/2022 | Receive and review email from client regarding Honda. He wants to call this company to find out if this is related to the deposition. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 07/20/2022 | Call to client re phone message. He is going to go to court tomorrow to get a copy of the complaint and figure out the deal with Honda and Bank of America. They are to call us tomorrow to let us know what happened. | CS | 415 | 0.20 | 83.00 | 0.00 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 07/20/2022 | Email to Dugan concerning delinquencies. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/21/2022 | Receive, review, and respond to email from Dugan regarding interest on liens. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/21/2022 | Email to Dugan regarding interest accruing. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 07/22/2022 | Call to client to find out how he made out at court. No answer, leave message. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 07/25/2022 | Receive and review email from client regarding case search. Review file. Email to client with specific instructions. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 07/27/2022 | Email to client regarding update concerning complaint from Judge Gallaghers. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 07/27/2022 | Email to Dugan asking after response to two emails. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/28/2022 | Receive and review email from Dugan regarding waiting on a response from his client and probably getting back to me in a couple of days. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 07/29/2022 | Receive, review, and respond to email from client regarding no update on complaint yet. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 08/01/2022 | Receive and review phone message from client regarding magistrate's office records. Call to client. No answer, leave message. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 08/01/2022 | Return call from client. Discuss Sarah's employment. Discuss judgment against client. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 08/09/2022 | Review new plan calculations. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 08/14/2022 | Email to Dugan to follow up on garbage debts. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 08/15/2022 | Receive and review email from Dugan regarding waiving interest on penalty amounts and concerning liens. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 08/15/2022 | Email to Dugan regarding interest, liens, and total balance due. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 08/17/2022 | Email to client asking after stub. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 08/23/2022 | Receive and review phone message from Jim Wood at Portnoff. Call to Jim Wood. He handles the bankruptcy cases for Portnoff. He is going to send me a case that says that garbage fees count as a municipal claim. He says that § 7101's definition of municipal claim would cover garbage service. (Reading the definition, there is a decent argument either way.) He offered to waive the interest on the penalty amounts. I said I'm not OK with them charging that improperly, and then just offering to waive it when they are challenged. He'll get me the authority for that. He also said that he thinks there is a case pending on this issue in Scranton and that he'll find out and send that information to me as well. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 08/23/2022 | Read statute. Email to ASW with instructions. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 08/24/2022 | Email to client asking after stub. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 08/26/2022 | Receive, review, and respond to email from Wood regarding doing an investigation and getting back to us next week. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 09/01/2022 | Review mortgage modification paperwork. | CS | 415 | 0.10 | 41.50 | 0.00 |

| Date | Description | TK | Rate | Hours | Amount | Adj. |
|---|---|---|---|---|---|---|
| 09/04/2022 | Receive and review email from Wood. Read Portnoff's explanation of authority to charge interest on penalty portion of claim for garbage fees. Read cases Portnoff cited. Analyze and approve calculations. They offered to waive $428.45 in interest. We also need the plan to provide for any trash fees they owe for 2021 and 2022 since Portnoff isn't collecting those. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 09/04/2022 | Email to Wood regarding plan presently and asking after years 2018-2020. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 09/06/2022 | Edit to schedule J and Plan. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 09/07/2022 | Received and review email from James Wood. Review the plan. Email to ASW. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 09/21/2022 | Conference with CS and client regarding information to prepare case. | TLB | 135 | 1.00 | 135.00 | 0.00 |
| 09/21/2022 | Meet with paralegal to finalize schedules and plan. | CS | 415 | 0.60 | 249.00 | 0.00 |
| 09/21/2022 | Meeting with client to finalize bankruptcy documentation. | CS | 415 | 0.60 | 249.00 | 0.00 |
| 09/22/2022 | Conference with CS and client to review petition. | TLB | 135 | 1.90 | 256.50 | 0.00 |
| 09/22/2022 | Prepare petition for signatures and send to client and CS. | TLB | 135 | 0.20 | 27.00 | 0.00 |
| 09/22/2022 | File petition and schedules and additional documents. | TLB | 135 | 0.50 | 67.50 | 0.00 |
| 09/23/2022 | Prepare wage attachment motion, order, certificate of service, and letter to employer. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 09/23/2022 | File motion for wage attachment. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 09/24/2022 | Receive and review voicemail from client regarding IRA. Called client. Discussed savings account. Discuss system to ensure that mortgage payments are made on time. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 09/26/2022 | Call from client re mortgage payment and automatic billpay through bank. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 09/26/2022 | Receive, review, and respond to message from client regarding cashier's check and tracking from USPS, new savings account information, and automatic transfer request information. | TLB | 135 | 0.10 | 13.50 | 0.00 |
| 09/27/2022 | Send documents required by trustee for 341 meeting to trustee. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 09/28/2022 | Receive, review, and respond to email from Marcy at 1stopbk regarding certificate having incorrect case number. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 09/28/2022 | Call from client. She said they thought they put the wrong case number on the check to the trustee. Review trustee portal. Payment was received. Inform client. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 09/28/2022 | Receive and review Notice of Chapter 13 Bankruptcy Case. (Calendar hearing, email to client with hearing notice and instructions, enter 341 meeting/trustee information into file) | ASW | 150 | 0.30 | 45.00 | -30.00 |
| 09/28/2022 | Receive and review BNC certificate of notice re 341 notice. No undeliverable recipients. NAN. | ASW | 150 | 0.10 | 15.00 | -15.00 |

Roberson | 11/13/2022 | Receive and review Notice of Chapter 13 Bankruptcy Case. Process checklist of tasks for after 341 meeting has been scheduled. (Calendar hearing, email copy of notice to client with letter regarding instructions and enclosing preparation questions, enter 341 meeting/trustee information into file), set task to do preparation call with client (two weeks before meeting and prepare file for meeting.) | 0.30 | 15.00

| Date | Description | Initials | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/29/2022 | Receive and review objection to plan. Call to client regarding mortgage company filing objection. Discuss modification payments and discrepancy. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 09/29/2022 | Call to Attorney Daniel Jones at Stern & Eisenberg. Discuss objection and plan. Ask Jones to withdraw objection. Discuss mortgage payments, modification, and discrepancy with numbers. I said I would wait a week to see the proof of claim and to see if he withdraws his objection. If they don't withdraw, I would want his clients to show the authority for their objection. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 09/30/2022 | Receive, review, and respond to email from Marcy at 1stopbk regarding filing certificate. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 09/30/2022 | Receive and review email from Jones regarding the handling of mortgage claim in a previous case and attaching Decantis mortgage claim. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 09/30/2022 | Receive and review email from client regarding paperwork they received from the mortgage company. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 10/03/2022 | Call from client regarding mortgage payment change and amount to pay mortgage company. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 10/03/2022 | Receive and review letter from Select Portfolio Servicing regarding representation. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 10/03/2022 | Analyze proof of claim 1 filed on the docket. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 10/04/2022 | Receive and review order granting wage attachment. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 10/04/2022 | Analyze proof of claim 2 filed on the docket. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 10/04/2022 | Analyze proof of claim 3 filed on the docket. Prep new payment address letter to client. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 10/04/2022 | Receive and review bnc certificate of notice for order granting wage attachment. Employer served. NAN. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 10/04/2022 | Call to client's employer regarding wage garnishment and bankruptcy plan payments. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 10/04/2022 | Review paralegal's analysis of claim 3. Mortgage looks current. They have unapplied funds. If those funds were applied, it would be current. They did a recalculation with the escrow analysis and I think that is the issue here. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 10/04/2022 | Receive and review paralegal's analysis of claim 1 filed on the docket. No letter needed. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 10/04/2022 | Receive and review paralegal's analysis of claim 2 filed on the docket. No letter needed. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 10/05/2022 | Receive and review email from client confirming she made mortgage changes. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 10/06/2022 | Receive and review letter from Select Portfolio regarding lien subject to bankruptcy. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 10/06/2022 | Receive and review returned mail notice to Powerpay. Message to client regarding returned mail and asking for new address. | ASW | 150 | 0.10 | 15.00 | 0.00 |

| Date | Name | Description | Status | Hours | Amount |
|---|---|---|---|---|---|
| 12/12/2022 | Roberson | Receive and review objection to plan filed by Mario Hanyon for Wells Fargo | A | 0.10 | 41.50 |
| 01/17/2023 | Roberson | Call from McHale regarding objection. Discuss our positions concerning bottom line number on MT (discussed expenses at length), secured claim not listed in plan, and special provision concerning length of plan. | A | 0.80 | 332.00 |
| 12/09/2022 | Roberson | Analyze proof of claim 1 filed on the docket. | P | 0.20 | 30.00 |
| 12/09/2022 | Roberson | Analyze proof of claim 1 filed on the docket. | P | 0.20 | 30.00 |
| 12/09/2022 | Roberson | Analyze proof of claim 1 filed on the docket. | P | 0.20 | 30.00 |
| 02/03/2023 | Roberson | Review paralegal's analysis of proof of claim for signature loan cosigned by Greg (MCU). Evaluate treatment of the same in plan. | A | 0.10 | 41.50 |
| 02/03/2023 | Roberson | Review paralegal's analysis of proof of claim for signature loan cosigned by Greg (MCU). Evaluate treatment of the same in plan. | A | 0.10 | 41.50 |
| 02/03/2023 | Roberson | Review paralegal's analysis of proof of claim for signature loan cosigned by Greg (MCU). Evaluate treatment of the same in plan. | A | 0.10 | 41.50 |

| Date | Description | Initials | Rate | Hours | Amount | Adj. |
|---|---|---|---|---|---|---|
| 10/12/2022 | Receive and review email from Jones regarding arrears and paying them outside of plan. Analyze escrow calculations and interpretation of instructions for Form 401A and their argument that the instructions permit the escrow calculation. Call to opposing counsel. Discuss calculations, objection, and paying arrears. | CS | 415 | 0.50 | 207.50 | 0.00 |
| 10/21/2022 | Receive, review, and respond to email from client regarding wage attachment. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 10/22/2022 | Prepare Debtor's Motion for Sanctions Under Rule 9011 In Connection With Doc. 12. | CS | 415 | 1.20 | 498.00 | 0.00 |
| 10/22/2022 | Time for instructions to paralegal regarding finalizing and preparing the motions. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 10/25/2022 | Review file and organize it in preparation for 341 meeting. | ASW | 150 | 0.90 | 135.00 | -90.00 |
| 10/25/2022 | Review file. Review plan. Prepare three letters to three companies serving plan. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 10/26/2022 | Prep letter with plan to fourth company (Midland Funding). | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 10/26/2022 | Prepare 9011 motion for filing. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 10/27/2022 | Finish prepping 9011 motions. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 10/27/2022 | Review claims for unexpected amounts or classifications and corresponding impact on plan. Confirm that all necessary claims have either been filed or that a task has been set to ensure filing. Set task if any claim needs future attention (e.g., objections/lien avoidance.) Draft summary memo to atty. | ASW | 150 | 0.90 | 135.00 | 0.00 |
| 10/27/2022 | Review 9011 motion from ASW. Edit proposed orders. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 10/27/2022 | Email to Jones asking if he would accept service of 9011 motions. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 10/27/2022 | Receive, review, and respond to email from client regarding zoom link for Monday. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 10/28/2022 | Receive and review email from Jones concerning not being authorized to accept service on client's behalf. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 10/31/2022 | Prepare for 341 meeting. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 10/31/2022 | Review ASW's analysis of claims filed and not yet filed. Advised that we do not need to file a not-yet- filed claim for Midland, and that we will not object to the unsecured status that is alleged on the claims of two holders of judicial liens. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 10/31/2022 | Meeting with client to prepare for 341 meeting. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 10/31/2022 | Attend 341 Meeting | CS | 415 | 0.50 | 207.50 | 0.00 |
| 10/31/2022 | Review and approve certificate of service for sanctions motions. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 10/31/2022 | File certificate of service. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 10/31/2022 | Memo to ASW regarding notes for the file from 341 hearing and agreement reached with McHale regarding continuation of confirmation hearing. | CS | 415 | 0.10 | 41.50 | 0.00 |

| Attorney | Date | Description | Type | Hours | Amount |
|---|---|---|---|---|---|
| Roberson | 01/06/2023 | Analyze all claims in comparison with the plan to confirm if any came in at an unexpected amount or class and how that may affect plan funding and/or confirmation, and what actions need to be taken with respect to the same. Confirm that all claims we want to be filed have been filed, and, if not, set tasks for their deadline to be filed and to confirm they have been. Analyze whether we should object to any claims filed. Set any tasks required for future action to be taken (objections/lien avoidance/step plan/selling/surrendering property.) Draft memo to CS summarizing claims and case status. | P | 0.90 | 135.00 |
| Roberson | 01/09/2023 | Pre 341 meeting with client. | A | 0.70 | 290.50 |
| Roberson | 01/09/2023 | Attend 341 Meeting | A | 0.30 | 124.50 |
| Roberson | 01/24/2023 | File Request For Payment | P | 0.10 | 15.00 |

| Date | Description | TK | Rate | Hours | Amount | Adj. |
|---|---|---|---|---|---|---|
| 10/31/2022 | Receive and review email from Kim DeSanto, legal secretary for Attorney Wood, regarding my client's plan to include the debt owed to the city of Scranton. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 11/04/2022 | Receive, review, and respond to email from client regarding wage garnishment check being sent to them instead of trustee. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/04/2022 | Receive and review email from client regarding people who handle Don's checks. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 11/04/2022 | Receive and review email from client regarding speaking to employer and having the situation cleared up. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 11/04/2022 | Analyze claim 4 filed on the docket. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 11/04/2022 | Receive and review certification that 341 meeting held and confirmation hearing date set. Calendar confirmation hearing date. Draft letter to client regarding the same. Draft pre-confirmation certification. Review file to confirm all tax returns required to be filed have been filed. | ASW | 150 | 0.30 | 45.00 | -30.00 |
| 11/04/2022 | Review paralegal's analysis of claim 4. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 11/04/2022 | Receive and review objection to Ch 13 plan filed on docket. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 11/09/2022 | Receive and review signed pre-confirmation certification. File the same. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/09/2022 | Receive and review withdrawal of objection to confirmation of plan filed on docket. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 11/15/2022 | Prepare Request for Payment. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/16/2022 | File Request for Payment. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/17/2022 | Receive and review message from client regarding wage garnishment. Call to accountant. Accountant prepares the checks and sends them to employer. Call to Dom. Dom was at work. Spoke with Natasha. Natasha will rectify error and mail the checks. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 11/22/2022 | Analyze proof of claim 5 filed on the docket. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 11/23/2022 | Call to Jones' office. Nick Miller, managing paralegal, said the continuance of the hearing is acceptable. Email to trustee. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/23/2022 | Review paralegal's analysis of claim 5. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 11/23/2022 | Receive and review email from trustee's regarding continuing confirmation hearing to 01/05. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 11/23/2022 | Receive email from trustee's office asking to continue the confirmation hearing. Review file. Reply to email and give consent to continuance. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 11/23/2022 | Receive and review email from trustee's office regarding reaching out to attorney Jones and his return to office before the confirmation hearing. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 11/28/2022 | Call to client to inform him he doesn't have to attend hearing tomorrow and that it is going to be continued to January. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 12/02/2022 | Analyze proof of claim 6 filed on the docket. Email analysis to CS. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 12/06/2022 | Email to Resurgent requesting documents upon which claim is based. | CS | 415 | 0.10 | 41.50 | 0.00 |

| TK | Date | Description | P/A | Hours | Amount |
|---|---|---|---|---|---|
| Roberson | 12/09/2022 | Analyze proof of claim 1 filed on the docket. | P | 0.20 | 30.00 |
| R.B. Dwyer | 10/23/2022 | Emails from and to D. Verdugo re confirmation hearing date | A | 0.05 | 24.50 |
| Roberson | 12/09/2022 | Analyze proof of claim 1 filed on the docket. | P | 0.20 | 30.00 |
| Roberson | 12/12/2022 | Receive and review objection to plan filed by Mario Hamyon for Wells Fargo | A | 0.10 | 41.50 |
| Roberson | 01/24/2023 | Receive and review signed pre-confirmation certification. File the same. | P | 0.10 | 15.00 |
| Roberson | 01/24/2023 | File Request For Payment | P | 0.10 | 15.00 |
| Roberson | 12/09/2022 | Analyze proof of claim 1 filed on the docket. | P | 0.20 | 30.00 |
| Roberson | 02/03/2023 | Review paralegal's analysis of proof of claim for signature loan cosigned by Greg (MCU). Evaluate treatment of the same in plan. | A | 0.10 | 41.50 |
| Roberson | 12/09/2022 | Analyze proof of claim 1 filed on the docket. | P | 0.20 | 30.00 |

| Date | Description | Init | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|
| 12/07/2022 | Receive and review notice of rescheduled confirmation hearing. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 12/13/2022 | Email to client with objection withdrawal, pre- confirmation certification of compliance, and cert of service of plan, and request for pmt filed on the docket. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 12/14/2022 | Receive and review withdrawal of claim 6 filed on the docket. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 12/19/2022 | Prepare lien avoidance motions (3). | ASW | 150 | 0.60 | 90.00 | 0.00 |
| 12/20/2022 | Review lien avoidance motions. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 12/22/2022 | File and serve three motions to avoid liens. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 12/27/2022 | Review file to confirm there are no barriers to plan being confirmed. Call to client regarding delinquent payments. No answer, leave message. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 12/27/2022 | Email to McHale regarding entireties exemptions and whether the objection can be withdrawn. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 12/28/2022 | Call with client regarding payments. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 12/28/2022 | Receive, review, and respond to email from client with receipt and tracking information for check to trustee. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 12/28/2022 | Receive and review email from client regarding wage garnishment. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 12/28/2022 | Second call with client regarding missed plan payments. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 12/29/2022 | Receive, review, and respond to email from client with overnight receipt for 10/21 check. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 12/29/2022 | Call from client regarding missing trustee payment and check. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 12/29/2022 | Receive and review email from Bowers at trustee's regarding updates on objections. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 01/03/2023 | Receive and review withdrawal (objection to plan) filed on docket. | CS | 415 | 0.10 | 41.50 | -20.75 |
| 01/03/2023 | Call with client. He tried to track the trustee check down and they are assuming it got lost in the mail. They are going to call the accountant and cancel the check and then reissue a new check. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 01/04/2023 | Receive and review email from client with tracking for 12/02 check sent to trustee. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 01/04/2023 | Call to client to let him know he doesn't have to go to confirmation hearing. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 01/05/2023 | Receive and review email from client regarding sending 12/02 check. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 01/09/2023 | Email to client with withdrawal of objection and order confirming plan. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 01/13/2023 | Receive and review electronic notice of filing: Order Confirming Plan. Update file to reflect same. Serve order (prepare mailing, certificate of service, file the same.). | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 01/18/2023 | Email to client with certificate of service filed on docket. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 02/07/2023 | Receive and review orders granting motion to avoid lien of LVNV (2) and Midland. Prepare letters to court asking for certified orders. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 02/10/2023 | Receive and review email from case administrator with certified orders avoiding liens. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 05/04/2023 | Receive and review message from client asking about roof warranty and whether that was affected by the bankruptcy filing. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/20/2023 | Review notice of mortgage payment change. Email to client regarding the same. | ASW | 150 | 0.50 | 75.00 | 0.00 |

| Name | Date | Description | | | |
|---|---|---|---|---|---|
| Roberson | 01/18/2023 | Email to client with objection filed on the docket and cert of service. | P & I RH | 0.10 | 5.00 |
| R.B. Dwyer | 09/11/2023 | Review withdrawal of Pathward claim | A | 0.05 | 24.50 |
| R.B. Dwyer | 09/11/2023 | Review withdrawal of Pathward claim | A | 0.05 | 24.50 |
| R.B. Dwyer | 10/23/2023 | Emails from and to D. Verdugo re confirmation hearing date | A | 0.05 | 24.50 |
| Roberson | 01/18/2023 | Email to client with objection filed on the docket and cert of service. | P & I RH | 0.10 | 5.00 |
| Roberson | 01/18/2023 | Email to client with objection filed on the docket and cert of service. | P & I RH | 0.10 | 5.00 |

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 09/27/2023 | Email to Jones regarding escrow calculation. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 10/04/2023 | Email to Jones asking for response on escrow recalc. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 10/04/2023 | Receive, review, and respond to email from Jones regarding insurance. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 10/11/2023 | Email to Jones, to follow up on escrow recalculation. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 10/11/2023 | Receive and review email from Jones regarding clients new policy. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 10/30/2023 | Receive and review notice of mortgage payment change. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 12/01/2023 | Review notice of mortgage payment change. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| | Sub-total Fees: | | | | **13,169.00** | |
| | Net Fees After Discount: | | | | **11,869.25** | -1299.75 |

## Expenses

| Date | Description | Price | Units | Amount | Discount |
|---|---|---|---|---|---|
| 06/21/2022 | Account search. | 19.57 | 1 | 19.57 | 0.00 |
| 07/05/2022 | Best Case fee. | 8.00 | 1 | 8.00 | 0.00 |
| 09/23/2022 | Filing Fee. | 313.00 | 1 | 313.00 | 0.00 |
| 02/09/2023 | Filing Fee. | 11.00 | 3 | 33.00 | 0.00 |
| 06/20/2022 | Fax Received from Dominic Decantis regarding Life Insurance Policy. | 0.50 | 0 | 0.05 | 0.00 |
| 06/20/2022 | Fax Received from The Baltimore Life Insurance Company regarding Dominic Decantis' Life Insurance Policy. | 0.50 | 0 | 0.05 | 0.00 |
| 06/20/2022 | Fax Received from The Baltimore Life Insurance Company regarding Dominic Decantis' Life Insurance Policy. | 0.50 | 0 | 0.05 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to Midland Funding, LLC (Officer, Managing, or General Agent). | 1.00 | 8 | 8.09 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to Midland Funding, LLC. | 1.00 | 8 | 8.09 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to Hayt, Hayt & Landau, LLC (Officer, Managing, or General Agent). | 1.00 | 8 | 8.09 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to Resurgent Capital services as Servicer for LVNV Funding, LLC (Second Lien). | 1.00 | 8 | 8.09 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to LVNV Funding (Officer, Managing, or General Agent). | 1.00 | 8 | 8.09 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to LVNV Funding (Officer, Managing, or General Agent)(Second Lien). | 1.00 | 8 | 8.09 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to Resurgent Capital services as Servicer for LVNV Funding, LLC. | 1.00 | 8 | 8.09 | 0.00 |
| 01/13/2023 | Postage and cost for service of Order confirming plan to creditors | 1.00 | 20 | 19.50 | 0.00 |
| | | | | **Total:** | **449.85** |

## Total

Net Fees After Discount: 11,869.25
Net Expenses After Discount: 449.85
=======
12,319.10

Total post-discounted value of entries containing "email": 1,473.50
As a percentage of the total fees: 12.4%

Page 9 of 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DOMINIC JOSEPH DECANTIS; AKA
DOMINIC DECANTIS; AKA DOMINIC J
DECANTIS,
           Debtor

CHAPTER 13

CASE NO. 5:22-bk-01826-MJC

## <u>NOTICE</u>

Today the Debtor filed *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses*. The application requests the total sum of $12,319.10.

If you object to the relief requested, you must file your objection/response on or before 21 days from the date of this notice with the Clerk of the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701

If you file and serve an objection/response within the time permitted, a hearing will be held on May 30, 2024 at 10:00 AM at Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701. If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: April 29, 2024

s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtor
Bar Number PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DOMINIC JOSEPH DECANTIS; AKA DOMINIC DECANTIS; AKA DOMINIC J DECANTIS, | CASE NO. 5-22-bk-01826-MJC |
| Debtor | Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses |

## ORDER APPROVING INTERIM COMPENSATION TO COUNSEL FOR DEBTOR

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses* it is ordered that the following interim amounts are awarded: compensation in the amount of $11,869.25 and reimbursement of expenses in the amount of $449.85 for a total sum of $12,319.10. This compensation is in addition to all amounts previously paid by the Debtor, approved by this court, or that were included in the confirmed plan. Counsel is authorized to apply the $813.00 of client funds that it is holding in its trust account toward this amount. The remaining $11,506.10 may be paid by the Chapter 13 Trustee, but only to the extent that funds are available to pay it.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DOMINIC JOSEPH DECANTIS; AKA DOMINIC DECANTIS; AKA DOMINIC J DECANTIS, | CASE NO. 5:22-bk-01826-MJC |
| Debtor | |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | NOTICE OF APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: April 29, 2024

s/ Ashley Werner
Ashley Werner, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email kecf@bankruptcypa.com

| |
|---|
| City of Scranton<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 |
| LVNV Funding, LLC<br>C/O Resurgent Capital Services<br>PO Box 10466<br>Greenville, SC  29603-0466 |
| Lackawanna County Treasurer Office<br>123 Wyoming Ave<br>Scranton, PA  18503-2026 |
| Martin Rubin, Managing Attorney<br>Hayt, Hayt & Landau, LLC<br>2 Industrial Way W<br>Eatontown, NJ 07724-2279 |
| Michael L Schuman<br>c/o Hayt, Hayt, & Landau, LLC<br>2 Industrial Way W<br>Eatontown, NJ 07724-2279 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Midland Funding, LLC<br>c/o Hayt, Hayt & Landau, LLC<br>2 Industrial Way W<br>Eatontown, NJ  07724-2265 |
| PRESSLER  FELT & WARSHAW  LLP<br>7 ENTIN RD<br>PARSIPPANY NJ 07054-5020 |
| Officer, Managing, or General Agent<br>Arrow Financial Services, LLC<br>2605 Camino del Rio S<br>San Diego, CA  92108-3706 |
| Officer, Managing, or General Agent<br>Hayt, Hayt & Landau, LLC<br>2 Industrial Way W<br>Eatontown, NJ  07724-2265 |
| LVNV Funding LLC<br>c/o Resurgent Capital Services |

| |
|---|
| P.O. Box 10587<br>Greenville, SC 29603-0587 |
| Officer, Managing, or General Agent<br>LVNV Funding, LLC<br>PO Box 10466<br>Greenville, SC  29603-0466 |
| Portnoff Law Associates, Ltd.<br>PO Box 3020<br>Norristown, PA  19404-3020 |
| Select Portfolio Sevices<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |
| Single Tax Office<br>Lackawanna County Gov't Center<br>123 Wyoming Ave<br>Scranton, PA  18503-2026 |
| U.S. Bank N.A., as trustee, et al<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| U.S. Bank N.A., as trustee, et al<br>c/o Stern & Eisenberg, PC<br>1581 Main Street, Suite 200<br>The Shops at Valley Square<br>Warrington, PA 18976-3403 |
| Xfinity<br>PO Box 6505<br>Chelmsford, MA  01824-0905 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| U.S. Bank N.A., as trustee, on behalf of the<br>c/o Stern & Eisenberg, PC<br>1581 Main Street<br>Suite 200<br>The Shops at Valley Square |
| Arrow Financial Services, LLC<br>2605 Camino del Rio S<br>San Diego, CA  92108-3706 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |

| |
|---|
| City of Scranton<br>c/o James R. Wood, Esquire<br>2700 Horizon Drive, Suite 100<br>King of Prussia, PA 19406-2726 |
| City of Scranton<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 |
| Fidelity Bank<br>PO Box 997<br>Scranton, PA  18501-0997 |
| PowerPay, LLC/Connexus Credit Union<br>PO Box 62426<br>King of Prussia, PA 19406-0395 |