IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | DOMINIC JOSEPH DECANTIS; AKA DOMINIC DECANTIS; AKA DOMINIC J. DECANTIS,<br>     Debtor | : CHAPTER 13<br>:<br>:<br>:<br>: |
| | JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE,<br>     Objectant | :<br>:<br>:<br>: |
| | vs. | : CASE NO. 5:22-bk-01826-MJC<br>:<br>: |
| | CARLO SABATINI, ESQUIRE,<br>     Applicant | : TRUSTEE'S OBJECTION TO<br>: INTERIM FEE APPLICATION |

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, and all other matters of record, it is hereby ORDERED AND DECREED the attorney's fees sought in the Interim Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses are hereby ADJUSTED AS FOLLOWS: