IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>DOMINIC JOSEPH DECANTIS; AKA DOMINIC DECANTIS; AKA DOMINIC J DECANTIS,<br>　　　　　Debtor | CHAPTER 13<br><br>CASE NO. 5-22-bk-01826-MJC |
|---|---|

**STIPULATION RESOLVING OBJECTION TO APPLICATION FOR COMPENSATION AND EXPENSES FILED BY TRUSTEE**

1. On April 29, 2024, Counsel for Debtor filed Application for Allowance of Compensation & Expenses.

2. The Trustee filed an objection.

3. The parties have agreed that to resolve the objection Applicant will reduce his request by $3,354.50.

4. An amended proposed order reflecting this reduction is being contemporaneously filed with this stipulation.

5. The parties request that the Court enter the amended proposed order.

| s/Carlo Sabatini | s/Agatha McHale (with consent) |
|---|---|
| Carlo Sabatini, PA 83831 | Agatha McHale, PA 47613 |
| Attorney for Debtor | Staff Attorney for Jack Zaharopoulos |
| Sabatini Law Firm, LLC | Middle District of PA Chapter 13 Trustee |
| 216 N. Blakely St. | 8125 Adams Dr., Ste. A |
| Dunmore, PA 18512 | Hummelstown, PA 17036 |
| Phone (570) 341-9000 | Phone (717) 566-6097 |
| Facsimile (570) 504-2769 | Facsimile (717) 566-8313 |
| Email: ecf@bankruptcypa.com | Email amchale@pamd13trustee.com |