**Itemized Listing of Services**

| Date | Description | Initials | Rate | Time | Amount | Disc. | Aggie | Proposal |
|---|---|---|---|---|---|---|---|---|
| 06/13/2022 | Meet with clients for consultataion. | CS | 415 | 0.80 | 332.00 | -166.00 | -166.00 | -166.00 |
| 06/13/2022 | Meeting with client concerning budget and the numbers looking like they won't work for a bankruptcy case. | CS | 415 | 0.80 | 332.00 | 0.00 | 0.00 | 0.00 |
| 06/13/2022 | Third meeting with client regarding amended budget numbers. Discuss at length living within those numbers. Discuss bills that bankruptcy won't discharge. Discuss filing timeline. | CS | 415 | 0.40 | 166.00 | 0.00 | 0.00 | 0.00 |
| 06/13/2022 | Receive and review email from client attaching budget. | ASW | 150 | 0.10 | 15.00 | -10.00 | -15.00 | -15.00 |
| 06/17/2022 | Call from client. She had questions concerning taxes. She said that she believes the tax information she gave us is incorrect. Provided correct tax information. | ASW | 150 | 0.30 | 45.00 | 0.00 | -45.00 | -30.00 |
| 06/18/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | TLB | 135 | 0.30 | 40.50 | -25.50 | -25.50 | -25.50 |
| 06/18/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | TLB | 135 | 1.40 | 189.00 | -119.00 | -119.00 | -119.00 |
| 06/19/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | TLB | 135 | 1.80 | 243.00 | -153.00 | -153.00 | -153.00 |
| 06/19/2022 | Prepare petition and schedules. | TLB | 135 | 1.90 | 256.50 | 0.00 | -256.50 | 0.00 |
| 06/20/2022 | Call from client. Answer questions concerning life insurance policy, social security document, garbage bill, listing assets in bankruptcy case. | ASW | 150 | 0.20 | 30.00 | 0.00 | 0.00 | 0.00 |
| 06/20/2022 | Call from client regarding life insurance policy. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 06/20/2022 | Continue preparing schedules. | TLB | 135 | 0.70 | 94.50 | 0.00 | -94.50 | 0.00 |
| 06/21/2022 | Do background check. Review file concerning filing timeline and issues with filing now. | ASW | 150 | 0.20 | 30.00 | 0.00 | 0.00 | 0.00 |
| 06/21/2022 | Work with I, J, MT, and Plan. | ASW | 150 | 1.20 | 180.00 | 0.00 | -180.00 | 0.00 |
| 06/21/2022 | Continue preparing schedules. | TLB | 135 | 1.10 | 148.50 | 0.00 | -148.50 | 0.00 |
| 06/22/2022 | Continue preparing schedules. | TLB | 135 | 0.40 | 54.00 | 0.00 | -54.00 | 0.00 |
| 06/23/2022 | Work with I, J, and MT. Prepare plan. | CS | 415 | 1.70 | 705.50 | 0.00 | -705.50 | 0.00 |
| 06/23/2022 | Continue preparing schedules. | TLB | 135 | 0.40 | 54.00 | 0.00 | -54.00 | 0.00 |
| 06/24/2022 | Call from client regarding UGI bill. | ASW | 150 | 0.20 | 30.00 | 0.00 | -30.00 | -20.00 |
| 06/24/2022 | Adjust I and MT, and special provisions attachment in plan. | ASW | 150 | 0.50 | 75.00 | 0.00 | -75.00 | 0.00 |
| 06/24/2022 | Receive and review documentation needed to prepare schedules from client. Organize documentation and add to client's electronic file. | TLB | 135 | 0.10 | 13.50 | -8.50 | -8.50 | -8.50 |
| 06/25/2022 | Continue preparing schedules. | TLB | 135 | 1.20 | 162.00 | 0.00 | -162.00 | -162.00 |
| 06/26/2022 | Continue preparing schedules. | TLB | 135 | 1.80 | 243.00 | 0.00 | -243.00 | -243.00 |
| 06/26/2022 | Continue preparing schedules. | TLB | 135 | 1.50 | 202.50 | 0.00 | -202.50 | -202.50 |
| 06/29/2022 | Meet with paralegal to go over schedules, work on plan calculations, and address issues that she had flagged for me. | CS | 415 | 0.60 | 249.00 | 0.00 | -249.00 | -124.50 |
| 06/29/2022 | Continue preparing schedules. | TLB | 135 | 1.70 | 229.50 | 0.00 | -229.50 | -229.50 |
| 06/30/2022 | Continue preparing schedules. | TLB | 135 | 1.80 | 243.00 | 0.00 | -243.00 | -243.00 |
| 07/01/2022 | Continue preparing schedules. | ASW | 150 | 2.70 | 405.00 | 0.00 | -405.00 | -405.00 |

| Date | Description | Atty | Rate | Hours | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| 07/01/2022 | Draft post-filing instructions for client, draft plan attachment and complete my review of petition and schedules. | CS | 415 | 1.70 | 705.50 | 0.00 | -705.50 | -705.50 |
| 07/01/2022 | Continue preparing schedules. | TLB | 135 | **0.30** | 40.50 | 0.00 | -40.50 | 0.00 |
| 07/01/2022 | Call to client to ask for information regarding taxes, wage garnishment, and life insurance. | TLB | 135 | 0.40 | 54.00 | 0.00 | -54.00 | -54.00 |
| 07/01/2022 | Receive, review, and respond to email from Leininger with Portnoff Law garbage fee balances. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 07/02/2022 | Generate, review, and revise schedules. | TLB | 135 | 0.40 | 54.00 | 0.00 | -54.00 | -54.00 |
| 07/03/2022 | Zoom meeting with client. Discussed the difficulty they would have in making a payment large enough to cure the garbage fees arrears. They are going to re-consider and we will meet again. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 07/05/2022 | Email to Schuman regarding deposition continuance. | CS | 415 | 0.10 | 41.50 | 0.00 | -26.50 | -26.50 |
| 07/05/2022 | Receive, review, and respond to email from Hannum regarding rescheduling deposition and allowing 30- day extension to respond. | CS | 415 | 0.10 | 41.50 | 0.00 | -26.50 | -26.50 |
| 07/05/2022 | Receive, review, and respond to email from Leininger with breakdown of garbage debts. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 07/11/2022 | Receive and review email from client with collection letter. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | -41.50 |
| 07/12/2022 | Prep objection in Midland v. Dominic Decantis. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 07/12/2022 | Review message from client. Call to client. No answer, leave message regarding plan payment. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | -41.50 |
| 07/12/2022 | Return call from client concerning Sarah's new employment and what that means for the bankruptcy. Client asked about letter he received. Discuss the same. Discuss garbage bill and timeline for filing. | CS | 415 | 0.20 | 83.00 | 0.00 | 0.00 | 0.00 |
| 07/12/2022 | Receive and review email from Dugan attaching breakdown of delinquencies and interest. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | 0.00 |
| 07/12/2022 | Email to Dugan regarding delinquencies and interest accrued. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | 0.00 |
| 07/18/2022 | Prep letter to clerk with objection. | ASW | 150 | 0.10 | 15.00 | -10.00 | -10.00 | -10.00 |
| 07/20/2022 | Receive and review email from client regarding Honda. He wants to call this company to find out if this is related to the deposition. | ASW | 150 | 0.10 | 15.00 | 0.00 | -15.00 | -15.00 |
| 07/20/2022 | Call to client re phone message. He is going to go to court tomorrow to get a copy of the complaint and figure out the deal with Honda and Bank of America. They are to call us tomorrow to let us know what happened. | CS | 415 | 0.20 | 83.00 | 0.00 | 0.00 | 0.00 |
| 07/20/2022 | Email to Dugan concerning delinquencies. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 07/21/2022 | Receive, review, and respond to email from Dugan regarding interest on liens. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 07/21/2022 | Email to Dugan regarding interest accruing. | CS | 415 | 0.10 | 41.50 | -41.50 | -41.50 | -41.50 |
| 07/22/2022 | Call to client to find out how he made out at court. No answer, leave message. | ASW | 150 | 0.10 | 15.00 | -15.00 | -15.00 | -15.00 |
| 07/25/2022 | Receive and review email from client regarding case search. Review file. Email to client with specific instructions. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 07/27/2022 | Email to client regarding update concerning complaint from Judge Gallaghers. | ASW | 150 | 0.10 | 15.00 | -15.00 | -15.00 | -15.00 |
| 07/27/2022 | Email to Dugan asking after response to two emails. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | 0.00 |

| Date | Description | Staff | Rate | Hours | Amount | Adj1 | Adj2 | Adj3 |
|---|---|---|---|---|---|---|---|---|
| 07/28/2022 | Receive and review email from Dugan regarding waiting on a response from his client and probably getting back to me in a couple of days. | CS | 415 | 0.10 | 41.50 | -41.50 | -41.50 | -41.50 |
| 07/29/2022 | Receive, review, and respond to email from client regarding no update on complaint yet. | ASW | 150 | 0.10 | 15.00 | -15.00 | -15.00 | -15.00 |
| 08/01/2022 | Receive and review phone message from client regarding magistrate's office records. Call to client. No answer, leave message. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | -41.50 |
| 08/01/2022 | Return call from client. Discuss Sarah's employment. Discuss judgment against client. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 08/09/2022 | Review new plan calculations. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 08/14/2022 | Email to Dugan to follow up on garbage debts. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | 0.00 |
| 08/15/2022 | Receive and review email from Dugan regarding waiving interest on penalty amounts and concerning liens. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | 0.00 |
| 08/15/2022 | Email to Dugan regarding interest, liens, and total balance due. | CS | 415 | 0.10 | 41.50 | -41.50 | -41.50 | -41.50 |
| 08/17/2022 | Email to client asking after stub. | ASW | 150 | 0.10 | 15.00 | -10.00 | -10.00 | -10.00 |
| 08/23/2022 | Receive and review phone message from Jim Wood at Portnoff. Call to Jim Wood. He handles the bankruptcy cases for Portnoff. He is going to send me a case that says that garbage fees count as a municipal claim. He says that § 7101's definition of municipal claim would cover garbage service. (Reading the definition, there is a decent argument either way.) He offered to waive the interest on the penalty amounts. I said I'm not OK with them charging that improperly, and then just offering to waive it when they are challenged. He'll get me the authority for that. He also said that he thinks there is a case pending on this issue in Scranton and that he'll find out and send that information to me as well. | CS | 415 | 0.30 | 124.50 | 0.00 | 0.00 | 0.00 |
| 08/23/2022 | Read statute. Email to ASW with instructions. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | 0.00 |
| 08/24/2022 | Email to client asking after stub. | ASW | 150 | 0.10 | 15.00 | -10.00 | -10.00 | -10.00 |
| 08/26/2022 | Receive, review, and respond to email from Wood regarding doing an investigation and getting back to us next week. | CS | 415 | 0.10 | 41.50 | -41.50 | -41.50 | -41.50 |
| 09/01/2022 | Review mortgage modification paperwork. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 09/04/2022 | Receive and review email from Wood. Read Portnoff's explanation of authority to charge interest on penalty portion of claim for garbage fees. Read cases Portnoff cited. Analyze and approve calculations. They offered to waive $428.45 in interest. We also need the plan to provide for any trash fees they owe for 2021 and 2022 since Portnoff isn't collecting those. | CS | 415 | 0.40 | 166.00 | 0.00 | 0.00 | 0.00 |
| 09/04/2022 | Email to Wood regarding plan presently and asking after years 2018-2020. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 09/06/2022 | Edit to schedule J and Plan. . | CS | 415 | 0.10 | 41.50 | 0.00 | -26.50 | -26.50 |
| 09/07/2022 | Received and review email from James Wood. Review the plan. Email to ASW. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 09/21/2022 | Conference with CS and client regarding information to prepare case. | TLB | 135 | 1.00 | 135.00 | 0.00 | 0.00 | 0.00 |
| 09/21/2022 | Meet with paralegal to finalize schedules and plan. | CS | 415 | **0.60** | 249.00 | 0.00 | 0.00 | -249.00 |
| 09/21/2022 | Meeting with client to finalize bankruptcy documentation. | CS | 415 | 0.60 | 249.00 | 0.00 | 0.00 | 0.00 |
| 09/22/2022 | Conference with CS and client to review petition. | TLB | 135 | **1.90** | 256.50 | 0.00 | 0.00 | -81.00 |

| Date | Description | Atty | Rate | Hours | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| 09/22/2022 | Prepare petition for signatures and send to client and CS. | TLB | 135 | 0.20 | 27.00 | 0.00 | 0.00 | 0.00 |
| 09/22/2022 | File petition and schedules and additional documents. | TLB | 135 | 0.50 | 67.50 | 0.00 | 0.00 | 0.00 |
| 09/23/2022 | Prepare wage attachment motion, order, certificate of service, and letter to employer. | ASW | 150 | 0.20 | 30.00 | 0.00 | 0.00 | 0.00 |
| 09/23/2022 | File motion for wage attachment. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 09/24/2022 | Receive and review voicemail from client regarding IRA. Called client. Discussed savings account. Discuss system to ensure that mortgage payments are made on time. | CS | 415 | 0.20 | 83.00 | 0.00 | 0.00 | 0.00 |
| 09/26/2022 | Call from client re mortgage payment and automatic billpay through bank. | CS | 415 | 0.30 | 124.50 | 0.00 | 0.00 | 0.00 |
| 09/26/2022 | Receive, review, and respond to message from client regarding cashier's check and tracking from USPS, new savings account information, and automatic transfer request information. | TLB | 135 | 0.10 | 13.50 | 0.00 | 0.00 | 0.00 |
| 09/27/2022 | Send documents required by trustee for 341 meeting to trustee. | ASW | 150 | 0.10 | 15.00 | -10.00 | -10.00 | -10.00 |
| 09/28/2022 | Receive, review, and respond to email from Marcy at 1stopbk regarding certificate having incorrect case number. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 09/28/2022 | Call from client. She said they thought they put the wrong case number on the check to the trustee. Review trustee portal. Payment was received. Inform client. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 09/28/2022 | Receive and review Notice of Chapter 13 Bankruptcy Case. (Calendar hearing, email to client with hearing notice and instructions, enter 341 meeting/trustee information into file) | ASW | 150 | 0.30 | 45.00 | -30.00 | -30.00 | -30.00 |
| 09/28/2022 | Receive and review BNC certificate of notice re 341 notice. No undeliverable recipients. NAN. | ASW | 150 | 0.10 | 15.00 | -15.00 | -15.00 | -15.00 |
| 09/29/2022 | Receive and review objection to plan. Call to client regarding mortgage company filing objection. Discuss modification payments and discrepancy. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 09/29/2022 | Call to Attorney Daniel Jones at Stern & Eisenberg. Discuss objection and plan. Ask Jones to withdraw objection. Discuss mortgage payments, modification, and discrepancy with numbers. I said I would wait a week to see the proof of claim and to see if he withdraws his objection. If they don't withdraw, I would want his clients to show the authority for their objection. | CS | 415 | 0.40 | 166.00 | 0.00 | 0.00 | 0.00 |
| 09/30/2022 | Receive, review, and respond to email from Marcy at 1stopbk regarding filing certificate. | ASW | 150 | 0.10 | 15.00 | -15.00 | -15.00 | -15.00 |
| 09/30/2022 | Receive and review email from Jones regarding the handling of mortgage claim in a previous case and attaching Decantis mortgage claim. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | 0.00 |
| 09/30/2022 | Receive and review email from client regarding paperwork they received from the mortgage company. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | 0.00 |

| Date | Description | Who | Rate | Hours | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| 10/03/2022 | Call from client regarding mortgage payment change and amount to pay mortgage company. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 10/03/2022 | Receive and review letter from Select Portfolio Servicing regarding representation. | ASW | 150 | 0.10 | 15.00 | 0.00 | -15.00 | 0.00 |
| 10/03/2022 | Analyze proof of claim 1 filed on the docket. | ASW | 150 | 0.20 | 30.00 | 0.00 | -15.00 | -15.00 |
| 10/04/2022 | Receive and review order granting wage attachment. | ASW | 150 | 0.10 | 15.00 | -15.00 | -15.00 | -15.00 |
| 10/04/2022 | Analyze proof of claim 2 filed on the docket. | ASW | 150 | 0.20 | 30.00 | 0.00 | -15.00 | -15.00 |
| 10/04/2022 | Analyze proof of claim 3 filed on the docket. Prep new payment address letter to client. | ASW | 150 | 0.20 | 30.00 | 0.00 | -15.00 | -15.00 |
| 10/04/2022 | Receive and review bnc certificate of notice for order granting wage attachment. Employer served. NAN. | ASW | 150 | 0.10 | 15.00 | -15.00 | -15.00 | -15.00 |
| 10/04/2022 | Call to client's employer regarding wage garnishment and bankruptcy plan payments. | CS | 415 | 0.30 | 124.50 | 0.00 | 0.00 | 0.00 |
| 10/04/2022 | Review paralegal's analysis of claim 3. Mortgage looks current. They have unapplied funds. If those funds were applied, it would be current. They did a recalculation with the escrow analysis and I think that is the issue here. | CS | 415 | 0.20 | 83.00 | 0.00 | -41.50 | -41.50 |
| 10/04/2022 | Receive and review paralegal's analysis of claim 1 filed on the docket. No letter needed. | CS | 415 | 0.10 | 41.50 | 0.00 | -20.75 | -20.75 |
| 10/04/2022 | Receive and review paralegal's analysis of claim 2 filed on the docket. No letter needed. | CS | 415 | 0.10 | 41.50 | 0.00 | -20.75 | -20.75 |
| 10/05/2022 | Receive and review email from client confirming she made mortgage changes. | ASW | 150 | 0.10 | 15.00 | 0.00 | -15.00 | 0.00 |
| 10/06/2022 | Receive and review letter from Select Portfolio regarding lien subject to bankruptcy. | ASW | 150 | 0.10 | 15.00 | 0.00 | -15.00 | 0.00 |
| 10/06/2022 | Receive and review returned mail notice to Powerpay. Message to client regarding returned mail and asking for new address. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 10/12/2022 | Receive and review email from Jones regarding arrears and paying them outside of plan.  Analyze escrow calculations and interpretation of instructions for Form 401A and their argument that the intructions permit the escrow calculation. Call to opposing counsel. Discuss calculations, objection, and paying arrears. | CS | 415 | 0.50 | 207.50 | 0.00 | 0.00 | 0.00 |
| 10/21/2022 | Receive, review, and respond to email from client regarding wage attachment. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 10/22/2022 | Prepare Debtor's Motion for Sanctions Under Rule 9011 In Connection With Doc. 12. | CS | 415 | 1.20 | 498.00 | 0.00 | 0.00 | 0.00 |
| 10/22/2022 | Time for instructions to paralegal regarding finalizing and preparing the motions. | CS | 415 | 0.10 | 41.50 | -41.50 | -41.50 | -41.50 |
| 10/25/2022 | Review file and organize it in preparation for 341 meeting. | ASW | 150 | 0.90 | 135.00 | -90.00 | -135.00 | 0.00 |
| 10/25/2022 | Review file. Review plan. Prepare three letters to three companies serving plan. | ASW | 150 | 0.20 | 30.00 | 0.00 | 0.00 | 0.00 |
| 10/26/2022 | Prep letter with plan to fourth company (Midland Funding). | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 10/26/2022 | Prepare 9011 motion for filing. | ASW | 150 | 0.20 | 30.00 | 0.00 | -30.00 | 0.00 |
| 10/27/2022 | Finish prepping 9011 motions. | ASW | 150 | 0.10 | 15.00 | 0.00 | -15.00 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| 10/27/2022 | Review claims for unexpected amounts or classifications and corresponding impact on plan. Confirm that all necessary claims have either been filed or that a task has been set to ensure filing. Set task if any claim needs future attention (e.g., objections/lien avoidance.) Draft summary memo to atty. | ASW | 150 | 0.90 | 135.00 | 0.00 | 0.00 | 0.00 |
| 10/27/2022 | Review 9011 motion from ASW. Edit proposed orders. | CS | 415 | 0.30 | 124.50 | 0.00 | -124.50 | 0.00 |
| 10/27/2022 | Email to Jones asking if he would accept service of 9011 motions. | CS | 415 | 0.10 | 41.50 | 0.00 | -26.50 | 0.00 |
| 10/28/2022 | Receive, review, and respond to email from client regarding zoom link for Monday. | ASW | 150 | 0.10 | 15.00 | -10.00 | -10.00 | -10.00 |
| 10/28/2022 | Receive and review email from Jones concerning not being authorized to accept service on client's behalf. | CS | 415 | 0.10 | 41.50 | -41.50 | -41.50 | -41.50 |
| 10/31/2022 | Prepare for 341 meeting. | CS | 415 | 0.20 | 83.00 | 0.00 | 0.00 | 0.00 |
| 10/31/2022 | Review ASW's analysis of claims filed and not yet filed. Advised that we do not need to file a not-yet- filed claim for Midland, and that we will not object to the unsecured status that is alleged on the claims of two holders of judicial liens. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 10/31/2022 | Meeting with client to prepare for 341 meeting. . | CS | 415 | 0.30 | 124.50 | 0.00 | 0.00 | 0.00 |
| 10/31/2022 | Attend 341 Meeting. | CS | 415 | 0.50 | 207.50 | 0.00 | 0.00 | 0.00 |
| 10/31/2022 | Review and approve certificate of service for sanctions motions. | CS | 415 | 0.10 | 41.50 | -41.50 | -41.50 | -41.50 |
| 10/31/2022 | File certificate of service. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 10/31/2022 | Memo to ASW regarding notes for the file from 341 hearing and agreement reached with McHale regarding continuation of confirmation hearing. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 10/31/2022 | Receive and review email from Kim DeSanto, legal secretary for Attorney Wood, regarding my client's plan to include the debt owed to the city of Scranton. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | 0.00 |
| 11/04/2022 | Receive, review, and respond to email from client regarding wage garnishment check being sent to them instead of trustee. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 11/04/2022 | Receive and review email from client regarding people who handle Dom's checks. | ASW | 150 | 0.10 | 15.00 | -15.00 | -15.00 | -15.00 |
| 11/04/2022 | Receive and review email from client regarding speaking to employer and having the situation cleared up. | ASW | 150 | 0.10 | 15.00 | -15.00 | -15.00 | -15.00 |
| 11/04/2022 | Analyze claim 4 filed on the docket. | ASW | 150 | 0.30 | 45.00 | 0.00 | -15.00 | -15.00 |
| 11/04/2022 | Receive and review certification that 341 meeting held and confirmation hearing date set. Calendar confirmation hearing date. Draft letter to client regarding the same. Draft pre-confirmation certification. Review file to confirm all tax returns required to be filed have been filed. | ASW | 150 | 0.30 | 45.00 | -30.00 | -30.00 | -30.00 |
| 11/04/2022 | Review paralegal's analysis of claim 4. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 11/04/2022 | Receive and review objection to Ch 13 plan filed on docket. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |

| Date | Description | Attorney | Rate | Hours | Amount | Col1 | Col2 | Col3 |
|---|---|---|---|---|---|---|---|---|
| 11/09/2022 | Receive and review signed pre-confirmation certification. File the same. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 11/09/2022 | Receive and review withdrawal of objection to confirmation of plan filed on docket. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 11/15/2022 | Prepare Request for Payment. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 11/16/2022 | File Request for Payment. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 11/17/2022 | Receive and review message from client regarding wage garnishment. Call to accountant. Accountant prepares the checks and sends them to employer. Call to Dom. Dom was at work. Spoke with Natasha. Natasha will rectify error and mail the checks. | ASW | 150 | 0.20 | 30.00 | 0.00 | 0.00 | 0.00 |
| 11/22/2022 | Analyze proof of claim 5 filed on the docket. | ASW | 150 | 0.20 | 30.00 | 0.00 | -15.00 | -15.00 |
| 11/23/2022 | Call to Jones' office. Nick Miller, managing paralegal, said the continuance of the hearing is acceptable. Email to trustee. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 11/23/2022 | Review paralegal's analysis of claim 5. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 11/23/2022 | Receive and review email from trustee's regarding continuing confirmation hearing to 01/05. | ASW | 150 | 0.10 | 15.00 | -15.00 | -15.00 | -15.00 |
| 11/23/2022 | Receive email from trustee's office asking to continue the confirmation hearing. Review file. Reply to email and give consent to continuance. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 11/23/2022 | Receive and review email from trustee's office regarding reaching out to attorney Jones and his return to office before the confirmation hearing. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | 0.00 |
| 11/28/2022 | Call to client to inform him he doesn't have to attend hearing tomorrow and that it is going to be continued to January. | ASW | 150 | 0.10 | 15.00 | -10.00 | -10.00 | -10.00 |
| 12/02/2022 | Analyze proof of claim 6 filed on the docket. Email analysis to CS. | ASW | 150 | 0.20 | 30.00 | 0.00 | -15.00 | -15.00 |
| 12/06/2022 | Email to Resurgent requesting documents upon which claim is based. | CS | 415 | 0.10 | 41.50 | 0.00 | -26.50 | -26.50 |
| 12/07/2022 | Receive and review notice of rescheduled confirmation hearing. | ASW | 150 | 0.10 | 15.00 | 0.00 | -15.00 | -15.00 |
| 12/13/2022 | Email to client with objection withdrawal, pre- confirmation certification of compliance, and cert of service of plan, and request for pmt filed on the docket. | ASW | 150 | 0.10 | 15.00 | -10.00 | -10.00 | -10.00 |
| 12/14/2022 | Receive and review withdrawal of claim 6 filed on the docket. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 12/19/2022 | Prepare lien avoidance motions (3). | ASW | 150 | 0.60 | 90.00 | 0.00 | 0.00 | 0.00 |
| 12/20/2022 | Review lien avoidance motions. | CS | 415 | 0.30 | 124.50 | 0.00 | -124.50 | 0.00 |
| 12/22/2022 | File and serve three motions to avoid liens. | ASW | 150 | 0.30 | 45.00 | 0.00 | -45.00 | 0.00 |
| 12/27/2022 | Review file to confirm there are no barriers to plan being confirmed. Call to client regarding delinquent payments. No answer, leave message. | ASW | 150 | 0.20 | 30.00 | 0.00 | 0.00 | 0.00 |
| 12/27/2022 | Email to McHale regarding entireties exemptions and whether the objection can be withdrawn. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 12/28/2022 | Call with client regarding payments. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 12/28/2022 | Receive, review, and respond to email from client with receipt and tracking information for check to trustee. | ASW | 150 | 0.10 | 15.00 | -10.00 | -10.00 | -10.00 |
| 12/28/2022 | Receive and review email from client regarding wage garnishment. | ASW | 150 | 0.10 | 15.00 | -15.00 | -15.00 | -15.00 |
| 12/28/2022 | Second call with client regarding missed plan payments. | ASW | 150 | 0.20 | 30.00 | 0.00 | -30.00 | 0.00 |

| Date | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/29/2022 | Receive, review, and respond to email from client with overnight receipt for 10/21 check. | ASW | 150 | 0.10 | 15.00 | -15.00 | -15.00 | -15.00 |
| 12/29/2022 | Call from client regarding missing trustee payment and check. | ASW | 150 | 0.20 | 30.00 | 0.00 | -30.00 | 0.00 |
| 12/29/2022 | Receive and review email from Bowers at trustee's regarding updates on objections. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 01/03/2023 | Receive and review withdrawal (objection to plan) filed on docket. | CS | 415 | 0.10 | 41.50 | -20.75 | -20.75 | -20.75 |
| 01/03/2023 | Call with client. He tried to track the trustee check down and they are assuming it got lost in the mail. They are going to call the accountant and cancel the check and then reissue a new check. | ASW | 150 | 0.10 | 15.00 | 0.00 | 0.00 | 0.00 |
| 01/04/2023 | Receive and review email from client with tracking for 12/02 check sent to trustee. | ASW | 150 | 0.10 | 15.00 | -15.00 | -15.00 | -15.00 |
| 01/04/2023 | Call to client to let him know he doesn't have to go to confirmation hearing. | ASW | 150 | 0.10 | 15.00 | -10.00 | -10.00 | -10.00 |
| 01/05/2023 | Receive and review email from client regarding sending 12/02 check. | ASW | 150 | 0.10 | 15.00 | -10.00 | -10.00 | -10.00 |
| 01/09/2023 | Email to client with withdrawal of objection and order confirming plan. | ASW | 150 | 0.10 | 15.00 | -10.00 | -10.00 | -10.00 |
| 01/13/2023 | Receive and review electronic notice of filing: Order Confirming Plan. Update file to reflect same. Serve order (prepare mailing, certificate of service, file the same.). | ASW | 150 | 0.30 | 45.00 | 0.00 | 0.00 | 0.00 |
| 01/18/2023 | Email to client with certificate of service filed on docket. | ASW | 150 | 0.10 | 15.00 | -10.00 | -10.00 | -10.00 |
| 02/07/2023 | Receive and review orders granting motion to avoid lien of LVNV (2) and Midland. Prepare letters to court asking for certified orders. | ASW | 150 | 0.20 | 30.00 | 0.00 | 0.00 | 0.00 |
| 02/10/2023 | Receive and review email from case administrator with certified orders avoiding liens. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | 0.00 |
| 05/04/2023 | Receive and review message from client asking about roof warranty and whether that was affected by the bankruptcy filing. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | 0.00 |
| 07/20/2023 | Review notice of mortgage payment change. Email to client regarding the same. | ASW | 150 | 0.50 | 75.00 | 0.00 | -75.00 | -75.00 |
| 09/27/2023 | Email to Jones regarding escrow calculation. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 10/04/2023 | Email to Jones asking for response on escrow recalc. | CS | 415 | 0.10 | 41.50 | -41.50 | -41.50 | -41.50 |
| 10/04/2023 | Receive, review, and respond to email from Jones regarding insurance. | CS | 415 | 0.10 | 41.50 | 0.00 | 0.00 | 0.00 |
| 10/11/2023 | Email to Jones. to follow up on escrow recalculation. | CS | 415 | 0.10 | 41.50 | 0.00 | -26.50 | -26.50 |
| 10/11/2023 | Receive and review email from Jones regarding clients new policy. | CS | 415 | 0.10 | 41.50 | 0.00 | -41.50 | -41.50 |
| 10/30/2023 | Receive and review notice of mortgage payment change. | ASW | 150 | 0.20 | 30.00 | 0.00 | -30.00 | -30.00 |
| 12/01/2023 | Review notice of mortgage payment change. | ASW | 150 | 0.20 | 30.00 | 0.00 | -30.00 | -30.00 |
| | | | | Sub-total Fees: | 13,169.00 | -1299.75 | -7185.75 | -4654.25 |
| | | | | Net Fees After Discount: | | 11,869.25 | 5,983.25 | 8,514.75 |

**Expenses**

| Date | Description | Price | Units | Amount | Discount |
|---|---|---|---|---|---|
| 06/21/2022 | Accurint search. | 19.57 | 1 | 19.57 | 0.00 |
| 07/05/2022 | Best Case fee. | 8.00 | 1 | 8.00 | 0.00 |
| 09/23/2022 | Filing Fee. | 313.00 | 1 | 313.00 | 0.00 |
| 02/09/2023 | Filing Fee. | 11.00 | 3 | 33.00 | 0.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 06/20/2022 | Fax Received from Dominic Decantis regarding Life Insurance Policy. | 0.50 | 0 | 0.05 | 0.00 |
| 06/20/2022 | Fax Received from The Baltimore Life Insurance Company regarding Dominic Decantis' Life Insurance Policy. | 0.50 | 0 | 0.05 | 0.00 |
| 06/20/2022 | Fax Received from The Baltimore Life Insurance Company regarding Dominic Decantis' Life Insurance Policy. | 0.50 | 0 | 0.05 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to Midland Funding, LLC (Officer, Managing, or General Agent). | 1.00 | 8 | 8.09 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to Midland Funding, LLC. | 1.00 | 8 | 8.09 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to Hayt, Hayt & Landau, LLC (Officer, Managing, or General Agent). | 1.00 | 8 | 8.09 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to Resurgent Capital services as Servicer for LVNV Funding, LLC (Second Lien). | 1.00 | 8 | 8.09 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to LVNV Funding (Officer, Managing, or General Agent). | 1.00 | 8 | 8.09 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to LVNV Funding (Officer, Managing, or General Agent)(Second Lien). | 1.00 | 8 | 8.09 | 0.00 |
| 12/22/2022 | Postage for motion to avoid lien to Resurgent Capital services as Servicer for LVNV Funding, LLC. | 1.00 | 8 | 8.09 | 0.00 |
| 01/13/2023 | Postage and cost for service of Order confirming plan to creditors | 1.00 | 20 | 19.50 | 0.00 |

*Total:* **449.85**