# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dominic Joseph DeCantis,<br><br>Appellant<br><br>v.<br><br>Trustee Jack Zaharopoulos,<br><br>Appellee | Civil Action No. 3:25-CV-1927<br><br>(DISTRICT JUDGE KAROLINE MEHALCHICK) |

## MOTION TO STAY

For the reasons provided in contemporaneously filed brief, Appellant respectfully asks that the Court stay the appeal for a small period to allow the bankruptcy court to rule on a pending fee application.

Date: November 19, 2025

s/ Carlo Sabatini
Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA  18512
Attorney for Appellant
Phone (570) 341-9000

## CERTIFICATE OF CONCURRENCE AND SERVICE

Appellee concurs with the requested relief to stay the appeal pending a decision on the pending fee application and will be served via CM/ECF.

s/ Carlo Sabatini
Carlo Sabatini, PA 83831