IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dominic Joseph DeCantis,<br><br>Appellant<br><br>v.<br><br>Trustee Jack Zaharopoulos,<br><br>Appellee | Civil Action No. 3:25-CV-1927<br><br>(DISTRICT JUDGE KAROLINE MEHALCHICK) |

## ORDER

Upon consideration of the *Consent Motion to Stay* ("the Motion"), it is hereby Ordered that the Motion is granted and this matter is stayed. Appellant shall file a status report within seven days of the entry of an order on the Second Fee App, as defined in the Motion, whereupon the stay will be deemed lifted. Appellant shall file his opening brief within 30 days of the date that the bankruptcy court decides the Second Fee App.

Date: 11/21/2025

*Karoline Mehalchick*
KAROLINE MEHALCHICK
United States District Judge