IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dominic Joseph DeCantis,<br><br>Appellant<br><br>v.<br><br>Trustee Jack Zaharopoulos,<br><br>Appellee | Civil Action No. 3:25-CV-1927<br><br>(DISTRICT JUDGE KAROLINE MEHALCHICK) |

## Status Report

  This matter is an appeal from a bankruptcy court order granting in part and denying in part an interim motion for attorney's fees. Because that order was entered on an interim basis, it likely lacked the necessary finality for this Court to have jurisdiction to entertain the appeal. Therefore, in November 2025, Applicant filed a second fee application seeking $50.00 for some of the time spent after the first fee application was filed. Because that second fee application was filed as a final fee application, resolution of the second application would also convert the initial interim order into a final order, thus giving this court jurisdiction to hear the appeal on that initial fee application.

  Appellant also filed a motion to stay this appeal in this court, to allow the bankruptcy court time to decide the second fee application. On November 21, 2025, this Court entered the stay and ordered Appellant to file a status

report within seven days of the entry of an order on the second fee application. On January 21, 2026, the bankruptcy court entered an order awarding the requested $50.00. Thus, this case is now ready to proceed.

Date: January 23, 2026					s/ Carlo Sabatini
							Carlo Sabatini, PA 83831
							Sabatini Law Firm, LLC
							216 N. Blakely St.
							Dunmore, PA  18512
							Attorney for Appellant
							Phone (570) 341-9000