**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DOMINIC DECANTIS, | |
|         Appellant | CIVIL ACTION NO. 3:25-CV-1927 |
| v. | (MEHALCHICK, J.) |
| JACK ZAHAROPOULOS, | |
|         Appellee | |

**ORDER**

**AND NOW**, this 26th day of January, 2026, **IT IS HEREBY ORDERED** that the stay in the above-captioned case is **LIFTED.** Counsel for Appellant shall file a brief within 30 days from the date of this order. Appellee shall file an opposition brief within 30 days after the filing of Appellant's brief. Appellant may file a reply brief within 14 days of the filing of Appellee's opposition brief.

                                                    BY THE COURT:

                                                    *s/ Karoline Mehalchick*
                                                    **KAROLINE MEHALCHICK**
                                                    **United States District Judge**